IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:20-MJ-1098

IN THE MATTER OF THE SEARCH OF )
RAFAEL MONTALVO RE: )
INFORMATION THAT IS STORED AT )
PREMISES CONTROLLED BY AT&T )
)
)
)

ORDER TO UNSEAL

Upon motion of the United States, it is hereby ORDERED that this case and all documents pertaining to it be unsealed.

This the 19th day of September, 2020.

*Kimberly A. Swank*
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE

1